# EXHIBIT A

# SHAOXING BON TEXTILES CO. , LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**
**Tel:0086-575-8460 6060 Fax:0086-575-8460 5567** E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

**COMMERCIAL
INVOICE**

INVOICE NO: BT-4U-150814

P/O NO:

DATE: AUG,14,2015

Payment: TT OA90DAYS          Destination: LA

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 58123 | LONG BOAT CUT PONTE PANT 69%RAYON 26%NYLON 5%SPANDEX LABEL &HANG TAGS "4-U" | $6.00 | 3480 | US$20880.00 |
| 58124 | LONG TIGHT FIT PONTE PANT 69%RAYON 26%NYLON 5%SPANDEX LABEL &HANG TAGS "4-U" | $6.00 | 3720 | US$22320.00 |
| 58122 | POCKET PONTE PANT 69%RAYON 26%NYLON 5%SPANDEX LABEL &HANG TAGS "4-U" | $6.10 | 3480 | US$21228.00 |
| 48221 | POCKET PONTE PANT 69%RAYON 26%NYLON 5%SPANDEX LABEL &HANG TAGS "OBJET D'ART" | $6.10 | 11400 | US$69540.00 |
| 48222 | LONG BOAT CUT PONTE PANT 69%RAYON 26%NYLON 5%SPANDEX LABEL &HANG TAGS "OBJET D'ART" | $6.00 | 25656 | US$153936.00 |
| 48223 | LONG TIGHT FIT PONTE PANT 69%RAYON 26%NYLON 5%SPANDEX LABEL &HANG TAGS "OBJET D'ART" | $6.00 | 25800 | US$154800.00 |
| | TOTAL: | | 73536 | US$442704.00 |

SAY U.S DOLLAR:FOUR HUNDRED FORTY TWO THOUSANDS SEVEN HUNDRED AND FOUR ONLY.

Seller Signature: 

# SHAOXING BON TEXTILES CO. , LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**

Tel:0086-575-8460 6060 Fax:0086-575-8460 5567          E-mail:williamtang@bon-fex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

## COMMERCIAL INVOICE

| | |
|---|---|
| INVOICE NO: | BT-4U-150921 |
| P/O NO: | 10014 |
| DATE: | SEP,21,2015 |

Payment: OA 60 DAYS          Destination: LOS ANGELS

| STYLE NO. | DESCRIPTION | UNIT PRICE (LDP/PC) | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 5252 | LONG PANT 88%COTTON 12%SPANDEX LABEL &HANG.TAGS "OBJET D'ART" | $6.25 | 26976 | US$168,600.00 |
| | TOTAL: | | 26976 | US$168,600.00 |

SAY U.S DOLLAR:ONE HUNDRED SIXTY EIGHT THOUSANDS SIX HUNDRED ONLY.

Seller Signature: 

# SHAOXING BON TEXTILES CO., LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.
Tel:0086-575-8460 6060 Fax:0086-575-8460 5567
E-mail:williamfang@bon-tex.net

TO:M/S
4-U PERFORMANCE GROUP LLC.
306 WEST 38TH STREET 6 FLOOR,
NEW YORK,NY10018
TEL:212-5646060

**COMMERCIAL INVOICE**

INVOICE NO: BT-4U-151010
P/O NO:
DATE: OCT,10,2015

Payment: OA 60 DAYS

Destination: LOS ANGELS

| STYLE NO. | DESCRIPTION | UNIT PRICE (LDP/PC) | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 63034 | 3/4" SLEEVE BASEBALL SOLID TOP 88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $7.7 | 2400 | US$ 18480.00 |
| 62032 | COMPRESSION TANK TOP WITH FORWARD BACK PANEL88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $5.75 | 2400 | US$13800.00 |
| 49114 | BLOCKED TANK WITH SKINNY STRAPS 88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $9 | 3120 | US$28080.00 |
| 66031 | SHORT WITH SIDE PANELS 3" INSEAM 88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $5.4 | 2640 | US$14256.00 |
| 45107 | BAR TOP WITH FT SHIRRING & OPEN BACK 88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $6.6 | 960 | US$6336.00 |
| 627061 | ALL OVER PRINTED LEGGING 88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $9.15 | 6480 | US$59292.00 |
| | **TOTAL:** | | 18000 | US$140244.00 |

SAY U.S DOLLAR:ONE HUNDRED FORTY THOUSANDS AND TWO HUNDRED FORTY FOUR ONLY.

# SHAOXING BON TEXTILES CO. , LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.
Tel:0086-575-8460 6060 Fax:0086-575-8460 5567

E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

## COMMERCIAL INVOICE

INVOICE NO: BT-4U-151110

P/O NO:

DATE: NOV.,10,2015

Payment: OA 60 DAYS

Destination: LOS ANGELS

| STYLE NO. | DESCRIPTION | UNIT PRICE (LDP/PC) | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 61032 | RACERBACK BRA W/BINDING 88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $6.40 | 2640 | US$ 16896.00 |
| 63033 | LONG SLEEVE 1/2 ZIP SOLID TOP W/BK SEAM DETAIL AND PKT 88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $10.50 | 2916 | US$30618.00 |
| 65031 | LONG SLEEVE ZIP FRONT HOODIE 88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $12.90 | 4032 | US$52012.80 |
| 58031 | LONG TIGHT FIT PANT W/CURVED SEAM DETAIL 88%NYLON12%SPANDEX LABEL &HANG TAGS "4-U PERFORMANCE" | $8.70 | 10548 | US$91767.60 |
| | TOTAL: | | 20136 | US$191294.40 |

SAY U.S DOLLAR:ONE HUNDRED NINETY ONE THOUSANDS AND TWO HUNDRED NINETY FOUR AND FOUR CENTS ONLY.

Seller Signature:



# 绍兴帛恩纺织品有限公司

# SHAOXING BON TEXTILES CO.,LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.
Tel:0086-575-8460 6060  Fax:0086-575-8460 5567    E-mail:williamtang@bon-tex.net

TO:M/S
4-U
306 West 38th Street Suite
603, New York, NY 10018
Tel:212-5646060

## 商业发票
## COMMERCIAL INVOICE

INVOICE NO.:  BT-4U-150907
P/O NO.:
DATE:  SEP 07,2015

| 装运期限 Shipment::SEP07.2015 | 目的地 Destination: NY |
|---|---|
| 付款方式 Payment: BY  T/T | 单价及价格条款 Unit Price & Terms: |

| 货号及货名 Descriptions | 颜 色 及 数 量 Color & Quantity | 总 值 Amount |
|---|---|---|
| EXPRESS  CHARGE  TRACKING NO:NONSTOP#5335978 | | $200.00 |
| | TOTAL: | USD200.00 |

Seller Signature:

# SHAOXING BON TEXTILES CO., LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**

Tel:0086-575-8460 6060 Fax:0086-575-8460 5567

E-mail:williamfang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

## COMMERCIAL INVOICE

INVOICE NO: BT-4U-SP-I

P/O NO:

DATE: OCT,10,2015

Payment: by T/T 30 days after sending

NSE#: 5335979

Destination: New York

SENDING DATE: SEP,15,2015

TOTAL WEIGHT: 52.2 KG

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 54181 | DOWN VEST WITH 100%FEATHER FILLING | $12.00 | 14 | $168.00 |
| 54183 | DOWN VEST WITH 100%FEATHER FILLING | $12.00 | 21 | $252.00 |
| 49114 | NYLON/SP BLOCKED TANK WITH SKINNY STRAPS | $9.00 | 16 | $144.00 |
| 627061 | NYLON/SP PRINT LEGGING | $9.15 | 16 | $146.40 |
| 63034 | NYLON/SP 3/4" SLEEVE BASEBALL SOLID TOP | $7.70 | 28 | $215.60 |
| 61032 | NYLON/SP RACEBACK BRA | $6.40 | 28 | $179.20 |
| 62032 | NYLON/SP COMPRESSION TANK TOP WITH FORWARD BACK PANEL | $5.75 | 28 | $161.00 |
| 58031 | NYLON/SP LONG TIGHT FIT PANT | $8.70 | 28 | $243.60 |
| 67031 | NYLON/SP CAPRI TIGHT FIT PANT | $7.90 | 28 | $221.20 |
| | TOTAL: | | 177 | $1731.00 |

SAY U.S DOLLAR:ONE THOUSAND SEVEN HUNDRED THIRTY-ONE ONLY.



Seller Signature:

# SHAOXING BON TEXTILES CO., LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**

Tel:0086-575-8460 6060 Fax:0086-575-8460 5567          E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

## COMMERCIAL INVOICE

INVOICE NO:  BT-4U-SP-2

P/O NO:

DATE:          OCT,10,2015

---

Payment: by T/T 30 days after sending

NSE#: 5335980

Destination:  New York

SENDING DATE: SEP,17,2015

TOTAL WEIGHT: 7.5KG

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 67057 | NYLON/SP SNAKE PRINT CAPRI | $9.15 | 16 | $146.40 |
| 66031 | NYLON/SP SHORT WITH SIDE PANEL 3" INSEAM | $5.40 | 28 | $151.20 |
| | TOTAL: | | 44 | $297.60 |

SAY U.S DOLLAR: TWO HUNDRED NINTY-SEVEN DOLLARS SIXTY CENTS ONLY.

Seller Signature: 

# SHAOXING BON TEXTILES CO., LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**

Tel:0086-575-8460 6060 Fax:0086-575-8460 5567    E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

**COMMERCIAL INVOICE**

INVOICE NO: BT-4U-SP-3

P/O NO:

DATE: OCT,10,2015

Payment: by T/T 30 days after sending

NSE#: 5335982

Destination: New York

SENDING DATE: SEP,30,2015

TOTAL WEIGHT: 65.2 KG

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| #1 | SINGLE JERSEY | $5.70 | 32 | $182.40 |
| #3 | SINGLE JERSEY | $5.30 | 32 | $169.60 |
| 53162 | SINGLE JERSEY SLUB | $7.50 | 32 | $240.00 |
| W000T9 | SINGLE JERSEY SLUB | $6.70 | 30 | $201.00 |
| 56131 | MODAL | $13.20 | 20 | $264.00 |
| 68015 | TENCEL | $20.40 | 16 | $326.40 |
| W3J595 | TENCEL | $14.50 | 32 | $464.00 |
| W3J59--S | TECEL | $14.20 | 32 | $454.40 |
| 53133-B | CVC FRENCH TERRY | $12.00 | 10 | $120.00 |
| 58131 | CVC FRENCH TERRY | $12.00 | 9 | $108.00 |
| RSA0365 | CVC FRENCH TERRY | $9.10 | 10 | $91.00 |
| 53131 | CVC FRENCH TERRY | $9.10 | 10 | $91.00 |
| 45107 | NYLON/SP BLOCKED BAR TOP | $6.60 | 16 | $105.60 |
| 65031 | NYLON/SP LONG SLEEVE ZIP FRONT HOODIE | $12.90 | 28 | $361.20 |
| | TOTAL: | | 309 | $3178.60 |

SAY U.S DOLLAR: THREE THOUSAND ONE HUNDRED SEVENTY-EIGHT DOLLARS SIXTY CENTS ONLY.

Seller Signature: 

# SHAOXING BON TEXTILES CO., LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**
**Tel:0086-575-8460 6060 Fax:0086-575-8460 5567**    E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

**COMMERCIAL INVOICE**

INVOICE NO: BT-4U-SP-4

P/O NO:

DATE: OCT,10,2015

---

Payment: by T/T 30 days after sending
     NSE#: 5387224

Destination: New York
SENDING DATE: OCT,08,2015

TOTAL WEIGHT: 48.3 KG

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 68015 | MODAL | $20.00 | 20 | $400.00 |
| #18 | MODAL | $21.20 | 20 | $424.00 |
| #17 | MODAL | $19.10 | 20 | $382.00 |
| 62035 | MODAL | $11.70 | 20 | $234.00 |
| #19 | SINGLE JERSEY | $7.00 | 32 | $224.00 |
| 63035 | CATIONIC FABRIC 88%P 12%SP | $7.00 | 40 | $280.00 |
| 56131 | CVC FRENCH TERRY | $9.20 | 11 | $101.20 |
| #6 LONG SLEEVE JACKET | CVC FRENCH TERRY | $12.00 | 10 | $120.00 |
| | TOTAL: | | 173 | 2165.20 |

SAY U.S DOLLAR:TWO THOUSAND ONE HUNDRED SIXTY-FIVE DOLLARS TWENTY CENTS ONLY.



Seller Signature:

# SHAOXING BON TEXTILES CO., LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**
Tel:0086-575-8460 6060 Fax:0086-575-8460 5567
E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

## COMMERCIAL INVOICE

INVOICE NO: BT-4U-SP-5

P/O NO:

DATE: OCT,10,2015

Payment: by T/T 30 days after sending
NSE#: 5387219

Destination: New York
SENDING DATE: OCT,09,2015

TOTAL WEIGHT: 36.2 KG

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| #2 | SINGLE JERSEY SLUB | $10.80 | 32 | $345.60 |
| 62033 | CATIONIC FABRIC 88%P 12%SP | $6.40 | 39 | $249.60 |
| 62034 | CATIONIC FABRIC 88%P 12%SP | $6.00 | 40 | $240.00 |
| 63033 | NYLON/SP LONG SLEEVE 1/2 ZIP SOLID TOP | $10.50 | 27 | $283.50 |
| 683919 | CHAMELEON | $24.00 | 19 | $456.00 |
| | TOTAL: | | 157 | $1574.70 |

SAY U.S DOLLAR: ONE THOUSAND FIVE HUNDRED SEVENTY-FOUR DOLLARS SEVENTY CENTS ONLY.

Seller Signature:

# SHAOXING BON TEXTILES CO., LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.

Tel:0086-575-8460 6060 Fax:0086-575-8460 5567

E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

**COMMERCIAL INVOICE**

INVOICE NO: BT-4U-SP-6

P/O NO:

DATE: OCT,12,2015

Payment: by T/T 30 days after sending

Destination: New York

| DESCRIPTION | COURIER NO. (NSE) | DATE | UNIT PRICE | QTY KG | AMOUNT |
|---|---|---|---|---|---|
| SALES SAMPLE COURIER CHARGE | 5335979 | SEP.15 | $15.90 | 52.20 | $829.98 |
| SALES SAMPLE COURIER CHARGE | 5335980 | SEP.17 | $15.90 | 7.50 | $119.25 |
| SALES SAMPLE COURIER CHARGE | 5335982 | SEP.30 | $15.90 | 65.2 | $1036.68 |
| SALES SAMPLE COURIER CHARGE | 5387224 | OCT.08 | $15.90 | 48.31 | $768.13 |
| SALES SAMPLE COURIER CHARGE | 5387219 | OCT.09 | $15.90 | 36.20 | $575.58 |
| | | TOTAL: | | 209.41 | $3329.62 |

SAY U.S DOLLAR: THREE THOUSAND THREE HUNDRED TWENTY NINE DOLLARS SIXTY TWO CENTS.

Seller Signature: 

# SHAOXING BON TEXTILES CO., LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.

Tel:0086-575-8460 6060 Fax:0086-575-8460 5567　　E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

## COMMERCIAL INVOICE

INVOICE NO: BT-4U-SP-7

P/O NO:

DATE: OCT,14,2015

Payment: by T/T 30 days after sending

NSE#: 5387220

Destination: New York

SENDING DATE: OCT,13,2015

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 58121 | RECYLE POLY LONG PANT | $12.60 | 20 | $252.00 |
| 56121 | RECYCLE POLY SHORT | $7.00 | 17 | $119.00 |
| 54122 | RECYCLE POLY VEST | $12.60 | 19 | $239.40 |
| 55122 | RECYCLE POLY LONG SLEEVE JACKET | $29.60 | 19 | $562.40 |
| 48102 | RECYCLE POLY HOODIE | $17.40 | 24 | $417.60 |
| COURIER CHARGE(29.8KG) | NSE:5387220 | | | $473.82 |
| | TOTAL: | | 99 | $2,064.22 |

SAY U.S DOLLAR: TWO THOUSAND SIXTY FOUR DOLLARS TWENTY TWO CENTS ONLY.

Seller Signature: 

# SHAOXING BON TEXTILES CO. , LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.

Tel:0086-575-8460 6060 Fax:0086-575-8460 5567

E-mail:williamfang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

**COMMERCIAL INVOICE**

INVOICE NO: BT-4U-SP-8

P/O NO:

DATE: OCT,20,2015

Payment: by T/T 30 days after sending

NSE#: 5387221

Destination: New York

SENDING DATE: OCT,18,2015

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 84610 | NYLON/SP TANK | $7.00 | 48 | $336.00 |
| 84611 | NYLON/SP TANK | $10.00 | 48 | $480.00 |
| 646635 | NYLON/SP TANK | $12.00 | 47 | $564.00 |
| 67032 | CATIONIC FABRIC CAPRI | $7.20 | 29 | $208.80 |
| 68014 | CATIONIC FABRIC PANT | $7.60 | 31 | $235.60 |
| 44101 | CATIONIC FABRIC SHORT | $6.30 | 30 | $189.00 |
| 55111 | 100%NYLON NIKE COAT | $26.00 | 20 | $520.00 |
| COURIER CHARGE(43.5KG) | NSE:5387220 | | | $691.65 |
| | TOTAL: | | 253 | $3225.05 |

SAY U.S DOLLAR: THREE THOUSAND TWO HUNDRED TWENTY FIVE DOLLARS FIVE CENTS

Seller Signature: 

# SHAOXING·BON TEXTILES CO. , LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.
Tel:0086-575-8460 6060 Fax:0086-575-8460 5567   E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

**COMMERCIAL INVOICE**

INVOICE NO: BT-4U-SP-9
P/O NO:
DATE: NOV,5,2015

Payment: by T/T 30 days after sending
NSE#: 5387223

Destination: New York
SENDING DATE: OCT,24,2015

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 62036 | Nylon/Spandex Tennis top | $18.50 | 40 | $740.00 |
| 62037 | Nylon/Spandex tank with snake trim | $11.10 | 16 | $177.60 |
| 646632 | Nylon vest | $17.00 | 24 | $408.00 |
| 55185 | NYLON JACKET | $31.00 | 24 | $744.00 |
| COURIER CHARGE(24.5KG) | NSE:5387223 | | | $389.55 |
| | TOTAL: | | 104 | $2459.15 |

SAY U.S DOLLAR: TWO THOUSAND FOUR HUNDRED FIFTY NINE DOLLARS FIFTEEN CENTS

Seller Signature: 

# SHAOXING BON TEXTILES CO., LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**

Tel:0086-575-8460 6060 Fax:0086-575-8460 5567          E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

### COMMERCIAL INVOICE

INVOICE NO: BT-4U-SP-10

P/O NO:

DATE:          NOV,12,2015

Payment: by T/T 30 days after sending
NSE#: 5387222

Destination:   New York

SENDING DATE: NOV,6,2015

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 65022 | NYLON/SP LONG SLEEVE JACKET LONG ZIPPER AT CF | $24.00 | 47 | $1128.00 |
| 63030 | NYLON/SP LONG SLEEVE JACKET HALF LONG ZIPPER AT CF | $20.20 | 47 | $949.40 |
| 682877 | NYLON/SP ZEBRA SPORT BRA | $13.00 | 16 | $208.00 |
| 620274 | NYLON/SP DOT PRINT SPORT BRA | $13.00 | 15 | $195.00 |
| 688455 | NYLON/SP TANK TOP | $12.20 | 47 | $573.40 |
| 90610 | RAYON LONG PANT | $14.20 | 16 | $227.20 |
| COURIER CHARGE(46.85KG) | NSE:5387222 | | | $744.92 |
| | TOTAL: | | 188 | $4025.92 |

SAY U.S DOLLAR:FOUR THOUSAND AND TWENTY FIVE DOLLARS NINTY TWO CENTS.

Seller Signature: 

# SHAOXING BON TEXTILES CO., LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**

**Tel:0086-575-8460 6060 Fax:0086-575-8460 5567**

E-mail:williamtang@bon-tex.net

TO:M/S

SHIP TO:TJX UK

50 CLAENDON ROAD

WATFORD-HERTS,WD171TX,UNITED

KINGDOM  ATTN:CHRIS WALLER

BILL TO:4 U PERFORMANCE GROUP LLC.

## COMMERCIAL INVOICE

INVOICE NO:  BON151220

P/O NO:  50671413/50671412/
50673429/50671414

DATE:  DEC.20,2015

Payment: TT

Destination: SOUTHAMPTON,UK

| STYLE NO. | DESCRIPTION | UNIT PRICE (LDP/PC) | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 67031 | TIGHT FIT CAPRI 88%NYLON12%SPANDEX  LABEL &HANG TAGS "4-U PERFORMANCE" | $6.90 | 1320 | US$9108.00 |
| 627061 | PRINTED LEGGINGS 88%NYLON12%SPANDEX  LABEL &HANG TAGS "4-U PERFORMANCE" | $8.10 | 1260 | US$10206.00 |
| 67057 | PRINTED LEGGINGS 88%NYLON12%SPANDEX  LABEL &HANG TAGS "4-U PERFORMANCE" | $7.50 | 900 | US$6750.00 |
| | TOTAL: | | 3480 | US$26064.00 |

SAY U.S DOLLAR:TWENTY SIX THOUSAND AND SIXTY FOUR ONLY.

Seller Signature: 

# SHAOXING BON TEXTILES CO., LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**

**Tel:0086-575-8460 6060 Fax:0086-575-8460 5567**   E-mail:williamtang@bon-tex.net

TO:M/S

SHIP TO:TJX UK

50 CLAENDON ROAD

WATFORD-HERTS,WD171TX,UNITED

KINGDOM   ATTN:CHRIS WALLER

BILL TO:4 U PERFORMANCE GROUP LLC

## COMMERCIAL
## INVOICE

INVOICE NO:  BON151220

P/O NO:      55671409/55613430/

             55671411/55671410

DATE:        DEC.20,2015

Payment: TT                                 Destination: ROTTERDAM,NL

| STYLE NO. | DESCRIPTION | UNIT PRICE (LDP/PC) | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 67031 | TIGHT FIT CAPRI 88%NYLON12%SPANDEX  LABEL &HANG TAGS "4-U PERFORMANCE" | $6.90 | 300 | US$2070.00 |
| 627061 | PRINTED LEGGINGS 88%NYLON12%SPANDEX  LABEL &HANG TAGS "4-U PERFORMANCE" | $8.10 | 420 | US$3402.00 |
| 67057 | PRINTED CAPRI 88%NYLON12%SPANDEX  LABEL &HANG TAGS "4-U PERFORMANCE" | $7.50 | 420 | US$3150.00 |
| | **TOTAL:** | | 1140 | US$8622.00 |

**SAY U.S DOLLAR:EIGHT THOUSAND SIX HUNDRED TWENTY TWO ONLY.**

Seller Signature:

# SHAOXING BON TEXTILES CO. , LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.
Tel:0086-575-8460 6060 Fax:0086-575-8460 5567    E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

**COMMERCIAL INVOICE**

INVOICE NO:  BT-4U-SP-11

P/O NO:

DATE:        JAN,14,2016

Payment: by T/T 30 days after sending
AAE#:863 6885 132

Destination:   New York
SENDING DATE:JAN,14,2016

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 3011H | LONG SLEEVE SHIRT | $17.60 | 16 | $281.60 |
| 4007H | LONG SLEEVE HOODIE | $21.40 | 16 | $342.40 |
| AA7039 | NIKE LONG SLEEVE HOODIE | $21.00 | 16 | $336.00 |
| 58131 | PANT | $19.80 | 16 | $316.80 |
| | TOTAL: | | 64 | $1276.80 |

SAY U.S DOLLAR:ONE THOUSAND TWO HUNDRED SEVENTY SIX DOLLARS AND EIGHTY CENTS.

Seller Signature: 

# SHAOXING BON TEXTILES CO. , LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.
Tel:0086-575-8460 6060 Fax:0086-575-8460 5567
E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

## COMMERCIAL INVOICE

INVOICE NO: BT-4U-SP-12

P/O NO:

DATE: JAN,14,2016

Payment: by T/T 30 days after sending

AAE#: 863 6885 132

Destination: New York

SENDING DATE:JAN,19,2016

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|-----------|-------------|------------|-----------|--------|
| 4009K | JACQUARD MILITARY JACKET | $33.00 | 20 | $660.00 |
| TOTAL: | | | 20 | $660.00 |

SAY U.S DOLLAR:SIX HUNDRED SIXTY DOLLARS.

Seller Signature:

# SHAOXING BON TEXTILES CO., LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.
Tel:0086-575-8460 6060 Fax:0086-575-8460 5567       E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

## COMMERCIAL INVOICE

INVOICE NO:  BT-4U-SP-13

P/O NO:

DATE:       JAN,14,2016

Payment: by T/T 30 days after sending
AAE#:

Destination:   New York
SENDING DATE:JAN,22,2016

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 4008H | JACQUARD MILITARY JACKET | $33.00 | 16 | $528.00 |
| 4010G-FABRIC 1 | SHERPA FABRIC TOP | $31.00 | 7 | $217.00 |
| 4010G-FABRIC 2 | SHERPA FABRIC TOP | $24.00 | 6 | $144.00 |
| 4005F | KNITTED BLOUSE | $42.00 | 7 | $294.00 |
| | TOTAL: | | 36 | $1183.00 |

SAY  U.S  DOLLAR:ONE  THOUSAND  ONE  HUNDRED  EIGHTY THREE DOLLARS

Seller Signature: 

# SHAOXING BON TEXTILES CO., LTD.

**Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.**

**Tel:0086-575-8460 6060 Fax:0086-575-8460 5567**

E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

### COMMERCIAL INVOICE

INVOICE NO: BT-4U-SP-14

P/O NO:

DATE: JAN,28,2016

Payment: by T/T 30 days after sending

AAE#:863 6885 143

Destination: New York

SENDING DATE:JAN,28,2016

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| | NIKE DOWN VEST | $27.00 | 12 | $324.00 |
| | AS ORIGINAL 54181 | $22.00 | 4 | $88.00 |
| 4012H | LONG SLEEVE CARDIGAN | $21.00 | 16 | $336.00 |
| 4006G | | $19.80 | 8 | $158.40 |
| | TOTAL: | | 36 | $906.40 |

SAY U.S DOLLAR:NINE HUNDRED AND SIX DOLLARS AND FORTY CENTS.

Seller Signature:

# SHAOXING BON TEXTILES CO., LTD.

Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.
Tel:0086-575-8460 6060 Fax:0086-575-8460 5567    E-mail:williamfang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

**COMMERCIAL INVOICE**

INVOICE NO: BT-4U-SP-15

P/O NO:

DATE:        FEB,01,2016

Payment: by T/T 30 days after sending
    AAE#:863 6885 165

Destination:   New York
SENDING DATE:FEB,01,2016

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 3015I | NYLON SPANDEX TOP | $20.40 | 12 | $244.80 |
| 53162 | NYLON SPANDEX SHIRT | $14.00 | 24 | $336.00 |
| AA7039 | NYLON/SP LONG SLEEVE HOODIE | $25.00 | 24 | $600.00 |
| | TOTAL: | | 60 | $1180.80 |

SAY U.S DOLLAR:ONE THOUSAND ONE HUNDRED EIGHTY DOLLARS AND
EIGHTY CENTS:

Seller Signature: 

# SHAOXING BON TEXTILES CO. , LTD.

### Add:Bldg#C,Zhejiang Junchi Industrial Park,Shaoda Road,Shaoxing,Zhejiang,China.

Tel:0086-575-8460 6060 Fax:0086-575-8460 5567          E-mail:williamtang@bon-tex.net

TO:M/S

4-U PERFORMANCE GROUP LLC.

306 WEST 38TH STREET 6 FLOOR,

NEW YORK,NY10018

TEL:212-5646060

**COMMERCIAL INVOICE**

INVOICE NO:  BT-4U-SP-16

P/O NO:

DATE:         FEB,03,2016

---

Payment: by T/T 30 days after sending

AAE#:863 6885 154

Destination:  New York

SENDING DATE:FEB,03,2016

---

| STYLE NO. | DESCRIPTION | UNIT PRICE | QTY (PCS) | AMOUNT |
|---|---|---|---|---|
| 694926(3010A) | NYLON/SP VEST WITH MESH | $13.00 | 24 | $312.00 |
| 4012M-JACKET | OVERCOAT | $48.00 | 20 | $960.00 |
| 4012M-VEST | OVERCOAT | $40.00 | 20 | $800.00 |
| NIKE-716717 | NYLON/SP SHIRT | $24.80 | 16 | $396.80 |
| NIKE-704005 | NYLON/SP PANT | $16.60 | 16 | $265.60 |
| 1007O-PANT | NYLON/SP PANT WITH NYLON SHORT | $21.80 | 20 | $436.00 |
| 1007O-CAPRI | NYLON/SP CAPRI WITH NYLON SHORT | $20.20 | 20 | $404.00 |
| 3014I | NYLON/SP SLING | $15.00 | 12 | $180.00 |
| 620274-CONTRAST | NYLON/SP CONTRAST BRA | $13.00 | 12 | $156.00 |
| 58031-CONTRAST | NYLON/SP CONTRAST PANT | $18.00 | 12 | $216.00 |
| 3012I | NYLON/SP TOP | $17.80 | 12 | $213.60 |
| | **TOTAL:** | | 184 | $4340.00 |

## SAY U.S DOLLAR:FOUR THOUSAND THREE HUNDRED FORTY DOLLARS

Seller Signature: