# EXHIBIT 9

SGM CORP.

306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018

# Invoice

| Date | Invoice # |
|---|---|
| 9/29/2016 | F 1178 |

| Bill To | Ship To |
|---|---|
| LOT-LESS CLOSEOUTS<br>75 TRIANGLE BOULEVARD<br>CARLSTADT, NJ 07072 | STORE NO. 2<br>LOT-LESS CLOSEOUTS<br>75 TRIANGLE BOULEVARD<br>CARLSTADT, NJ 07072  ②|

| P.O. Number | Terms | Ship | Via | F.O.B. | Dept. |
|---|---|---|---|---|---|
| 21739 | Net 30 | 9/29/2016 | ROUTING | CA | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| AL-TLP016C | BLACK BRUSHED TWILL | 1,680 | 4.25 | 7,140.00 |
| AL-TLP016C | DK NAVY BRUSHED TWILL | 960 | 4.25 | 4,080.00 |
| AL-TLP016C | KHAKI BRUSHED TWILL | 960 | 4.25 | 4,080.00 |
| AL-TLP016C | CHARCOAL BRUSHED TWILL | 960 | 4.25 | 4,080.00 |
| AL-TLP016C | BURGUNDY BRUSHED TWILL | 960 | 4.25 | 4,080.00 |
| AL-TLP016C | DK BROWN BRUSHED TWILL | 480 | 4.25 | 2,040.00 |

TOTAL UNITS = 6,000

TOTAL CARTONS = 250

*Revised Invoice received after payment was mailed.

This account has been sold, assigned, and is payable at Dallas, TX to:

| If payment by regular mail: | If payment by wire transfer: |
|---|---|
| Goodman Factors<br>A Division of Independent Bank<br>P.O. Box 29647<br>Dallas, TX 75229-9647 | Bank: Wells Fargo<br>Location: San Francisco, CA<br>ABA No: 121000248<br>Beneficiary: Goodman Factors<br>Account No: 4000040876 |

Remittance to other than Goodman Factors does not constitute payment of this invoice. Factor must be given notification of any claims, agreements or merchandise returns which would affect the payment of all or part of this invoice on the due date.
Phone: 972-241-3297 / Fax: 972-241-2506

**Total** $25,500.00

LL-0004

**PERFORMANCE GROUP USA**

306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018

# Commercial Invoice

| Date | Invoice # |
|---|---|
| 11/2/2016 | 2010 |

**Bill To**
FASHION FACTORY OUTLETS
(TRADE SECRET) PTY LTD
3-7 MCPHERSON STREET
BANKS MEADOW, NSW 2019
AUSTRALIA

**Ship To**
TRADE SECRET PROCESSING CENTRE
20 WORTH STREET
CHULLORA, NSW 2190
AUSTRALIA

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 195500 | Net 30 | 11/2/2016 | ROUTING | LA | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 4004E | 94% POLYESTER 6% SPANDEX LADIES HOODED WOVEN BLACK HOODED JACKET 9/XS-18/S-18/M-18/L-9/XL MADE IN CHINA | 72 | 9.00 | 648.00 |
| 53131 | 60% COTTON 40% POLYESTER LADIES KNIT GREY FRENCH TERRY BOATNECK TOP 6/XS-12/S-12/M-12/L-6/XL MADE IN CHINA | 48 | 7.00 | 336.00 |
| 65031 | 88% NYLON 12% SPANDEX LADIES KNIT HOODED FULL ZIP BLACK JACKET 8/XS-12/S-16/M-8/L-4/XL MADE IN CHINA | 48 | 10.00 | 480.00 |
| 65031 | 88% NYLON 12% SPANDEX LADIES KNIT HOODED FULL ZIP CHARCOAL JACKET 4/XS-6/S-8/M-4/L-2/XL MADE IN CHINA | 24 | 10.00 | 240.00 |
| 65031 | 88% NYLON 12% SPANDEX LADIES KNIT HOODED FULL ZIP NAVY JACKET 4/XS-6/S-8/M-4/L-2/XL MADE IN CHINA | 24 | 10.00 | 240.00 |
| 58031 | 88% NYLON 12% SPANDEX LADIES KNIT NAVY LEGGING WITH CURVED SIDE SEAMS 4/XS-6/S-8/M-4/L-2/XL MADE IN CHINA | 24 | 7.50 | 180.00 |
| 63033 | 88% NYLON 12% SPANDEX LADIES KNIT HALF ZIP BLACK JACKET 8/XS-12/S-16/M-8/L-4/XL MADE IN CHINA | 48 | 9.00 | 432.00 |
| 63033 | 88% NYLON 12% SPANDEX LADIES KNIT HALF ZIP CHARCOAL JACKET 4/XS-6/S-8/M-4/L-2/XL MADE IN CHINA | 24 | 9.00 | 216.00 |

Total USD

**PERFORMANCE GROUP USA**

306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018

# Commercial Invoice

| Date | Invoice # |
|---|---|
| 11/2/2016 | 2010 |

| Bill To |
|---|
| FASHION FACTORY OUTLETS (TRADE SECRET) PTY LTD<br>3-7 MCPHERSON STREET<br>BANKS MEADOW, NSW 2019<br>AUSTRALIA |

| Ship To |
|---|
| TRADE SECRET PROCESSING CENTRE<br>20 WORTH STREET<br>CHULLORA, NSW 2190<br>AUSTRALIA |

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 195500 | Net 30 | 11/2/2016 | ROUTING | LA | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| | TOTAL UNITS = 312 | | | |
| | TOTAL CARTONS = 6 | | | |

| | Total USD | $2,772.00 |
|---|---|---|