# EXHIBIT 12

| DATE | SOLD BY | CUSTOMER | INVOICE | STYLE | QUANTITY | PRICE | TOTAL | COST OF SHIPPING | CHARGE BACK | FACTOR CHARGE | COMMISSION | NET TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2017 | SGM LEASING CORP | MODECRAFT FASHIONS | 11819 | 45107 | 86 | $ 3.00 | $ 258.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP | MODECRAFT FASHIONS | 11836 | 45107 | 120 | $ 3.00 | $ 360.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11837 | 45107 | 120 | $ 3.00 | $ 360.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP | MODECRAFT FASHIONS | 11801 | 66031 | 240 | $ 3.50 | $ 840.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11802 | 66031 | 240 | $ 3.50 | $ 840.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11803 | 66031 | 180 | $ 3.50 | $ 630.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11804 | 66031 | 180 | $ 3.50 | $ 630.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11805 | 66031 | 120 | $ 3.50 | $ 420.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11818 | 66031 | 139 | $ 3.50 | $ 486.50 | | | | | |
| 1/9/2017 | SGM LEASING CORP | MODECRAFT FASHIONS | 11814 | 63033 | 227 | $ 6.00 | $ 1,362.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP | MODECRAFT FASHIONS | 11821 | 63033 | 120 | $ 6.00 | $ 720.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11822 | 63033 | 60 | $ 6.00 | $ 360.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP | MODECRAFT FASHIONS | 11823 | 63033 | 180 | $ 6.00 | $ 1,080.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP | MODECRAFT FASHIONS | 11824 | 63033 | 180 | $ 6.00 | $ 1,080.00 | | | | | |
| 2/9/2017 | SGM LEASING CORP, | MODECRAFT FASHIONS | 11820 | 65031 | 245 | $ 7.50 | $ 1,837.50 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11831 | 65031 | 540 | $ 7.50 | $ 4,050.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11832 | 65031 | 420 | $ 7.50 | $ 3,150.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11833 | 65031 | 300 | $ 7.50 | $ 2,250.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11834 | 65031 | 480 | $ 7.50 | $ 3,600.00 | | | | | |
| 1/9/2017 | SGM LEASING CORP. | MODECRAFT FASHIONS | 11835 | 65031 | 180 | $ 7.50 | $ 1,350.00 | | | | | |
| | | | | | | | $ 25,664.00 | $ 457.50 | $ 605.75 | $ 469.12 | $227.41 | ***$23,904.22 *** paid to A-JJ Performance Group LLC ON 1/20/17 |
| 11/2/2016 | PERFORMANCE GROUP USA, INC. | FASHION FACTORY OUTLETS (TRADE SECRET) PTY LTD | 2008 | 58031 | 48 | $ 7.50 | $ 360.00 | | | | | |
| 11/2/2016 | PERFORMANCE GROUP USA, INC. | FASHION FACTORY OUTLETS (TRADE SECRET) PTY LTD | 2009 | 67057 | 72 | $ 7.50 | $ 540.00 | | | | | |
| 11/2/2016 | PERFORMANCE GROUP USA, INC. | FASHION FACTORY OUTLETS (TRADE SECRET) PTY LTD | 2010 | 65031 | 96 | $ 10.00 | $ 960.00 | | | | | |
| 11/2/2016 | PERFORMANCE GROUP USA, INC. | FASHION FACTORY OUTLETS (TRADE SECRET) PTY LTD | 2010 | 58031 | 24 | $ 7.50 | $ 180.00 | | | | | |
| 11/2/2016 | PERFORMANCE GROUP USA, INC. | FASHION FACTORY OUTLETS (TRADE SECRET) PTY LTD | 2010 | 63033 | 72 | $ 9.00 | $ 648.00 | | | | | |
| | | | | | | | $ 2,688.00 | $ 117.00 | | | $47.04 | ****$2,523.96 ****This amount remains deposited In a PERFORMANCE GROUP USA, INC. USA, INC. account |

I, Abe Manilla, hereby certify that the foregoing Accounting is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746.

ABE MANILLA, March 19, 2017

# Invoice

**PERFORMANCE GROUP USA**
306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018

| Date | Invoice # |
|---|---|
| 11/2/2016 | 2008 |

**Bill To**
FASHION FACTORY OUTLETS
(TRADE SECRET) PTY LTD
3-7 MCPHERSON STREET
BANKS MEADOW, NSW 2019
AUSTRALIA

**Ship To**
TRADE SECRET PROCESSING CENTRE
20 WORTH STREET
CHULLORA, NSW 2190
AUSTRALIA

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 195496 | Net 30 | 11/2/2016 | ROUTING | LA | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 3008B | 100% COTTON KNIT L/S LATTICE BACK LADIES BLACK TOP  3/XS-6/S-6/M-6/L-3/XL  MADE IN CHINA | 24 | 4.75 | 114.00 |
| 3006C | 88% 4CELL(LYOCELL) 12% SPANDEX LADIES KNIT L/S BLACK TOP W/CUT OUT BACK  6/XS-12/S-12/M-12/L-6/XL  MADE IN CHINA | 48 | 7.00 | 336.00 |
| 3006C | 88% 4CELL(LYOCELL) 12% SPANDEX LADIES KNIT L/S GREY TOP W/CUT OUT BACK  3/XS-6/S-6/M-6/L-3/XL  MADE IN CHINA | 24 | 7.00 | 168.00 |
| 4004E | 94% POLYESTER 6% SPANDEX LADIES HOODED WOVEN CHARCOAL JACKET 6/XS-12/S-12/M-12/L-6/XL  MADE IN CHINA | 48 | 9.00 | 432.00 |
| 4004E | 94% POLYESTER 6% SPANDEX LADIES HOODED WOVEN WHITE JACKET 6/XS-12/S-12/M-12/L-6/XL  MADE IN CHINA | 48 | 9.00 | 432.00 |
| 4003E | 94% POLYESTER 6% SPANDEX LADIES WOVEN BLACK QUILTED VEST 6/XS-12/S-12/M-12/L-6/XL  MADE IN CHINA | 48 | 9.00 | 432.00 |
| 4003E | 94% POLYESTER 6% SPANDEX LADIES WOVEN CHARCOAL QUILTED VEST 3/XS-6/S-6/M-6/L-3/XL  MADE IN CHINA | 24 | 9.00 | 216.00 |
| 4003E | 94% POLYESTER 6% SPANDEX LADIES WOVEN WHITE QUILTED VEST 3/XS-6/S-6/M-6/L-3/XL  MADE IN CHINA | 24 | 9.00 | 216.00 |

Total

# PERFORMANCE GROUP USA
## 306 WEST 38TH STREET
## SUITE 603
## NEW YORK, NY 10018

# Invoice

| Date | Invoice # |
|---|---|
| 11/2/2016 | 2008 |

**Bill To**
FASHION FACTORY OUTLETS
(TRADE SECRET) PTY LTD
3-7 MCPHERSON STREET
BANKS MEADOW, NSW 2019
AUSTRALIA

**Ship To**
TRADE SECRET PROCESSING CENTRE
20 WORTH STREET
CHULLORA, NSW 2190
AUSTRALIA

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 195496 | Net 30 | 11/2/2016 | ROUTING | LA | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 58031 | 88% NYLON 12% SPANDEX LADIES KNIT BLACK LEGGING WITH CURVED SIDE SEAMS  8/XS-12/S-16/M-8/L-4/XL. MADE IN CHINA | 48 | 7.50 | 360.00 |
| | TOTAL UNITS = 336 | | | |
| | TOTAL CARTONS = 6 | | | |

**Total** $2,706.00

# PERFORMANCE GROUP USA

**306 WEST 38TH STREET**
**SUITE 603**
**NEW YORK, NY 10018**

# Invoice

| Date | Invoice # |
|---|---|
| 11/2/2016 | 2009 |

**Bill To**

FASHION FACTORY OUTLETS
(TRADE SECRET) PTY LTD
3-7 MCPHERSON STREET
BANKS MEADOW, NSW 2019
AUSTRALIA

**Ship To**

TRADE SECRET PROCESSING CENTRE
20 WORTH STREET
CHULLORA, NSW 2190
AUSTRALIA

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 195497 | Net 30 | 11/2/2016 | ROUTING | LA | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 1010P | 94% POLYESTER 6% SPANDEX LADIES KNIT BLACK SHORT WITH LINER 6/XS-12/S-12/M-12/L-6/XL MADE IN CHINA | 48 | 4.75 | 228.00 |
| 1010P | 94% POLYESTER 6% SPANDEX LADIES KNIT NAVY SHORT WITH LINER 3/XS-6/S-6/M-6/L-3/XL MADE IN CHINA | 24 | 4.75 | 114.00 |
| 1010P | 94% POLYESTER 6% SPANDEX LADIES KNIT NAVY SHORT WITH LINER 3/XS-6/S-6/M-6/L-3/XL MADE IN CHINA | 24 | 4.75 | 114.00 |
| 3010A | 100% COTTON KNIT JERSEY LADIES BLACK TANK W/MESH 9/XS-18/S-18/M-18/L-9/XL MADE IN CHINA | 72 | 3.50 | 252.00 |
| 3010A | 100% COTTON KNIT JERSEY LADIES PURPLE TANK W/MESH 3/XS-6/S-6/M-6/L-3/XL MADE IN CHINA | 24 | 3.50 | 84.00 |
| 3010A | 100% COTTON KNIT JERSEY LADIES WHITE TANK W/MESH 3/XS-6/S-6/M-6/L-3/XL MADE IN CHINA | 24 | 3.50 | 84.00 |
| 4013M | 100% NYLON WOVEN LADIES BLACK TOGGLE VEST 6/XS-12/S-12/M-12/L-6/XL MADE IN CHINA | 48 | 9.00 | 432.00 |
| 4013M | 100% NYLON WOVEN LADIES NAVY TOGGLE VEST 3/XS-6/S-6/M-6/L-3/XL MADE IN CHINA | 24 | 9.00 | 216.00 |
| 4013M | 100% NYLON WOVEN LADIES WHITE TOGGLE VEST 3/XS-6/S-6/M-6/L-3/XL MADE IN CHINA | 24 | 9.00 | 216.00 |

Total

# PERFORMANCE GROUP USA

**306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018**

# Invoice

| Date | Invoice # |
|---|---|
| 11/2/2016 | 2009 |

**Bill To**

FASHION FACTORY OUTLETS
(TRADE SECRET) PTY LTD
3-7 MCPHERSON STREET
BANKS MEADOW, NSW 2019
AUSTRALIA

**Ship To**

TRADE SECRET PROCESSING CENTRE
20 WORTH STREET
CHULLORA, NSW 2190
AUSTRALIA

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 195497 | Net 30 | 11/2/2016 | ROUTING | LA | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 1009E | 100% POLYESTER WOVEN LADIES BLACK PRINTED SHORT  3/XS-6/S-6/M-6/L-3/XL  MADE IN CHINA | 24 | 4.75 | 114.00 |
| 1009E | 100% POLYESTER WOVEN LADIES NAVY PRINTED SHORT  3/XS-6/S-6/M-6/L-3/XL  MADE IN CHINA | 24 | 4.75 | 114.00 |
| 1009E | 100% POLYESTER WOVEN LADIES WHITE PRINTED SHORT  3/XS-6/S-6/M-6/L-3/XL  MADE IN CHINA | 24 | 4.75 | 114.00 |
| 67057 | 88% NYLON 12% SPANDEX KNIT LADIES BLACK/GREY SNAKE PRINT CAPRI 3/XS-6/S-6/M-6/L-3/XL   MADE IN CHINA | 24 | 7.50 | 180.00 |
| 67057 | 88% NYLON 12% SPANDEX KNIT LADIES BLACK/WHITE SNAKE PRINT CAPRI 6/XS-12/S12/M-12/L-6/XL   MADE IN CHINA | 48 | 7.50 | 360.00 |

TOTAL UNITS = 456

TOTAL CARTONS = 6

**Total** $2,622.00

# Invoice

**PERFORMANCE GROUP USA**
306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018

| Date | Invoice # |
|---|---|
| 11/2/2016 | 2010 |

**Bill To**
FASHION FACTORY OUTLETS
(TRADE SECRET) PTY LTD
3-7 MCPHERSON STREET
BANKS MEADOW, NSW 2019
AUSTRALIA

**Ship To**
TRADE SECRET PROCESSING CENTRE
20 WORTH STREET
CHULLORA, NSW 2190
AUSTRALIA

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 195500 | Net 30 | 11/2/2016 | ROUTING | LA | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 4004E | 94% POLYESTER 6% SPANDEX LADIES HOODED WOVEN BLACK HOODED JACKET 9/XS-18/S-18/M-18/L-9/XL  MADE IN CHINA | 72 | 9.00 | 648.00 |
| 53131 | 60% COTTON 40% POLYESTER LADIES KNIT GREY FRENCH TERRY BOATNECK TOP  6/XS-12/S-12/M-12/L-6/XL   MADE IN CHINA | 48 | 7.00 | 336.00 |
| 65031 | 88% NYLON 12% SPANDEX LADIES KNIT HOODED FULL ZIP BLACK JACKET 8/XS-12/S-16/M-8/L-4/XL   MADE IN CHINA | 48 | 10.00 | 480.00 |
| 65031 | 88% NYLON 12% SPANDEX LADIES KNIT HOODED FULL ZIP CHARCOAL JACKET 4/XS-6/S-8/M-4/L-2/XL   MADE IN CHINA | 24 | 10.00 | 240.00 |
| 65031 | 88% NYLON 12% SPANDEX LADIES KNIT HOODED FULL ZIP NAVY JACKET 4/XS-6/S-8/M-4/L-2/XL   MADE IN CHINA | 24 | 10.00 | 240.00 |
| 58031 | 88% NYLON 12% SPANDEX LADIES KNIT NAVY LEGGING WITH CURVED SIDE SEAMS  4/XS-6/S-8/M-4/L-2/XL  MADE IN CHINA | 24 | 7.50 | 180.00 |
| 63033 | 88% NYLON 12% SPANDEX LADIES KNIT HALF ZIP BLACK JACKET 8/XS-12/S-16/M-8/L-4/XL   MADE IN CHINA | 48 | 9.00 | 432.00 |
| 63033 | 88% NYLON 12% SPANDEX LADIES KNIT HALF ZIP CHARCOAL JACKET 4/XS-6/S-8/M-4/L-2/XL   MADE IN CHINA | 24 | 9.00 | 216.00 |

Total

# Invoice

**PERFORMANCE GROUP USA**
**306 WEST 38TH STREET**
**SUITE 603**
**NEW YORK, NY 10018**

| Date | Invoice # |
|---|---|
| 11/2/2016 | 2010 |

**Bill To**
FASHION FACTORY OUTLETS
(TRADE SECRET) PTY LTD
3-7 MCPHERSON STREET
BANKS MEADOW. NSW 2019
AUSTRALIA

**Ship To**
TRADE SECRET PROCESSING CENTRE
20 WORTH STREET
CHULLORA. NSW 2190
AUSTRALIA

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 195500 | Net 30 | 11/2/2016 | ROUTING | LA | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| | TOTAL UNITS = 312 | | | |
| | TOTAL CARTONS = 6 | | | |

| | Total | $2,772.00 |
|---|---|---|

PERFORMANCE GROUP USA

306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018

# Packing List

| Date | Invoice # |
|---|---|
| 4/20/2017 | 2032 |

**Bill To**

BACKCOUNTRY.COM
1678 WEST REDSTONE CENTER DRIVE
SUITE 210
PARK CITY, UT 84098

**Ship To**

BACKCOUNTRY.COM
295 TECHNOLOGY DRIVE
CHRISTIANSBURG, VA 24073

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 100413374 | Net 30 | 4/20/2017 | ROUTING | CA | |

| Item | Description | Qty |
|---|---|---|
| 3010A | BLACK COTTON JERSEY TANK W/MESH<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 3010A | LT. BLUE COTTON JERSEY TANK W/MESH<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 3010A | WHITE COTTON JERSEY TANK W/MESH<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 1010P | BLACK SHORT WITH NYLON SPANDEX LINER<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 4013M | BLACK NYLON VEST<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 4013M | BLUE NYLON VEST<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 4013M | NAVY NYLON VEST<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 4013M | WHITE NYLON VEST<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 54181 | BLUE COWL NECK ASYMMETRICAL VEST<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 65031 | BURGUNDY HOODED JACKET<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 65031 | NAVY HOODED JACKET<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 58031 | BLACK PANT<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 58031 | BURGUNDY PANT<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 58031 | BLUE PANT<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 58031 | CHARCOAL PANT<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 58031 | NAVY PANT<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 61032 | BLACK RACERBACK SPORT BRA<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 61032 | BURGUNDY RACERBACK SPORT BRA<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 61032 | BLUE RACERBACK SPORT BRA<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 61032 | CHARCOAL RACERBACK SPORT BRA | 12 |

PERFORMANCE GROUP USA

306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018

# Packing List

| Date | Invoice # |
|---|---|
| 4/20/2017 | 2032 |

Bill To

BACKCOUNTRY.COM
1678 WEST REDSTONE CENTER DRIVE
SUITE 210
PARK CITY, UT 84098

Ship To

BACKCOUNTRY.COM
295 TECHNOLOGY DRIVE
CHRISTIANSBURG, VA 24073

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 100413374 | Net 30 | 4/20/2017 | ROUTING | CA | |

| Item | Description | Qty |
|---|---|---|
| 61032 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>NAVY RACERBACK SPORT BRA | 12 |
| 66031 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>BURGUNDY SHORT | 12 |
| 66031 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>NAVY SHORT | 12 |
| 66031 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>BLUE SHORT | 12 |
| 62032 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>BLUE COMPRESSION TANK<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |

PERFORMANCE GROUP USA

306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018

# Packing List

| Date | Invoice # |
|---|---|
| 5/1/2017 | 2033 |

Bill To

BACKCOUNTRY.COM
1678 WEST REDSTONE CENTER DRIVE
SUITE 210
PARK CITY, UT 84098

Ship To

BACKCOUNTRY.COM
2607 S. 3200 W.
SUITE A
WEST VALLEY CITY, UT 84119

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 100413375 | Net 30 | 5/1/2017 | ROUTING | CA | |

| Item | Description | Qty |
|---|---|---|
| 3010A | BLACK COTTON JERSEY TANK W/MESH<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 3010A | LT. BLUE COTTON JERSEY TANK W/MESH<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 3010A | WHITE COTTON JERSEY TANK W/MESH<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 1010P | BLACK SHORT WITH NYLON SPANDEX LINER<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 4013M | BLACK NYLON VEST<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 4013M | LT. BLUE NYLON VEST<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 4013M | NAVY NYLON VEST<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 4013M | WHITE NYLON VEST<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 54181 | LT. BLUE COWL NECK ASYMMETRICAL VEST<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 65031 | BURGUNDY HOODED JACKET<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 65031 | NAVY HOODED JACKET<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 58031 | BURGUNDY PANT<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 58031 | BLACK PANT<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 58031 | C. BLUE PANT<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 58031 | CHARCOAL PANT<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 58031 | NAVY PANT<br>4/XS-6/S-8/M-4/L-2/XL = 24 | 24 |
| 61032 | BURGUNDY RACERBACK SPORT BRA<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 61032 | BLACK RACERBACK SPORT BRA<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 61032 | C. BLUE RACERBACK SPORT BRA<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |
| 61032 | CHARCOAL RACERBACK SPORT BRA | 12 |

PERFORMANCE GROUP USA

306 WEST 38TH STREET
SUITE 603
NEW YORK, NY 10018

# Packing List

| Date | Invoice # |
|---|---|
| 5/1/2017 | 2033 |

| Bill To | Ship To |
|---|---|
| BACKCOUNTRY.COM<br>1678 WEST REDSTONE CENTER DRIVE<br>SUITE 210<br>PARK CITY, UT 84098 | BACKCOUNTRY.COM<br>2607 S. 3200 W.<br>SUITE A<br>WEST VALLEY CITY, UT 84119 |

| P.O. No. | Terms | Ship Date | Ship Via | FOB | Dept. |
|---|---|---|---|---|---|
| 100413375 | Net 30 | 5/1/2017 | ROUTING | CA | |

| Item | Description | Qty |
|---|---|---|
| 61032 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>NAVY RACERBACK SPORT BRA | 12 |
| 66031 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>BURGUNDY SHORT | 12 |
| 66031 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>C. BLUE SHORT | 12 |
| 66031 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>NAVY SHORT | 12 |
| 62032 | 2/XS-3/S-4/M-2/L-1/XL = 12<br>C. BLUE COMPRESSION TANK<br>2/XS-3/S-4/M-2/L-1/XL = 12 | 12 |